CLARK HILL LLP
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:     (619) 557-0404
Facsimile:     (619) 557-0460

*Attorneys for Defendant SMARTe, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE BENASUTTI,  individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>SMARTE, INC.,<br><br>        Defendant. | Case No. 5:25-cv-7456- EJD<br><br>**DECLARATION OF SANJAY GALA**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: September 3, 2025 |

I, Sanjay Gala, declare as follows:

1. I am of sound mind, over the age of 18, and have authority to make this declaration on Defendant SMARTe, Inc.'s ("SMARTe") behalf.

2. I am currently employed by SMARTe.

3. My current title is Chief Executive Officer. In this role, I have become very familiar with the operation and structure of SMARTe's GTM platform available at https://www.smarte.pro (the "Platform"). I am also very familiar with the data logged by the Platform relating to user's interactions with the Platform.

4. The statements in this Declaration are based on personal knowledge or my personal investigation as of the date of this Declaration and as set forth further herein.

## THE SMARTe PLATFORM

5.      The Platform is a business-to-business (B2B) corporate intelligence product that provides a host of tools relevant to a corporate user to help the corporate user determine which businesses are in market for its product and manage customer relationships, including through advanced search capabilities, AI agents and live customer success managers to identify buying groups and provide insights, and data validation.

6.      The Platform also allows users to view the titles and roles of individuals associated with a particular company, their corporate contact information, and other professional information about them (collectively, "Business Contact Information" or "BCI").

7.      The Platform is not public. There is no publicly available version of the Platform or landing page that allows website visitors access to the Platform.

8.      Rather, the Platform is accessible only after creating an account and selecting a membership tier.

9.      Membership tiers are based on the size of the organization and the desired level of access to the Platform. The basic free plan (the "Free Plan") is intended for single business users and is free to use indefinitely.

//
//
//
//
//
//
//
//
//
//
//
//

10. At a minimum, before accessing the Platform, a user must first (a) register an account using their business email address and (b) agree to SMARTe's terms of use and privacy policy:



11. SMARTe's Platform then requires the user to verify their business email:



CASE NO.: 5:25-CV-7456- EJD

DECLARATION OF SANJAY GALA

12. The Platform then verifies that the email address provided is a business email address by checking the domain against a list of common personal email providers (for example, gmail.com and hotmail.com). Only users who supply a qualifying business email are permitted to proceed.

13. The terms of use that every user agrees to, as indicated in paragraph 10, affirmatively provide:

> 2.1 You may be and hereby are granted a license to use the Service and Output Data for (and solely for) your personal and/or your internal business purposes only, subject to the prohibitions and restrictions herein, and a license to store, print or make a copy of Output Data we provide to you solely for your personal or internal business purposes. You may not resell, distribute, or create derivative works from the Service or the Output Data. You may not develop any service, product, toolset, dataset or derivative work from the Output Data or the Service, whether in aggregated or non-aggregated form, and whether in identified or de-identified form.

14. Once a user is granted access to the Platform, they may use the Platform to search for companies, professionals, or other relevant business-related information using a variety of filters such as company name, industry or job title. Users cannot search within the SMARTe Platform for an individual by their cellular phone number.

15. When a desired profile is located, the user may view the profile, including BCI, by using a credit to "reveal" it. BCI can include email addresses, direct dial numbers, and information regarding an individual's corporate position. The number of credits that a user receives per month is determined by the user's plan.

16. A user can only access a professional's BCI by revealing their profile with credits.

17. Free Plan users receive 10 credits per month indefinitely. In other words, a Free Plan user may use the Platform for free for an indefinite period of time and is never required to upgrade to a paid plan.

18. Not all profiles on the Platform have associated BCI or direct dial phone numbers, and many direct dial numbers available on the Platform are *not* cellular phone numbers. Where a cellular phone number is included in BCI, the number is one part of a larger comprehensive business profile.

CASE NO.: 5:25-CV-7456- EJD

DECLARATION OF SANJAY GALA

**INVESTIGATION OF CROSNER LAW ACCESSING PLAINTIFF'S PROFILE**

19. Upon receipt of the Complaint, SMARTe investigated all instances in which Plaintiff's information was revealed to a SMARTe user.

20. I oversaw this investigation and the criteria used to conduct the investigation.

21. As previously mentioned, in order to view BCI, a user must "reveal" a professional profile.

22. SMARTe's Platform automatically and contemporaneously logs every reveal of a profile by one of its users. SMARTe maintains these logs in the regular course of its business.

23. These logs include: (a) the date the profile was revealed, (b) the email address of the user who accessed the profile, (c) and the name of the individual whose profile was revealed.

24. As set forth below, through our investigation we have determined that the **only** users to ever access Plaintiff Benasutti's profile and related BCI were her counsel at Crosner Legal:

| User | Reveal Dates |
|---|---|
| kzhang@crosnerlegal.com | 7/21/2025 |
| kurt@crosnerlegal.com | 8/29/2025 |

25. kzhang@crosnerlegal.com "revealed" Plaintiff Benasutti's profile and related BCI while registered under a Free Plan. kurt@crosnerlegal.com "revealed" Plaintiff Benasutti's profile and related BCI while registered under a paid subscription.

26. At the direction of counsel, all of Plaintiff's information has been removed from the Platform and separately preserved for purposes of this litigation.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 15, 2025.

By:     */s/ Sanjay Gala*

      Sanjay Gala, CEO
      SMARTe, Inc.

CASE NO.:  5:25-CV-7456- EJD

DECLARATION OF SANJAY GALA