CLARK HILL LLP
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:    (619) 557-0404
Facsimile:    (619) 557-0460

*Attorney for Defendant SMARTe, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE BENASUTTI,  individually and on behalf of others similarly situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>SMARTE, INC.,<br><br>                                    Defendant. | Case No. 5:25-cv-7456-EJD<br><br>**DECLARATION OF MYRIAH V. JAWORSKI**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: September 3, 2025 |

I, Myriah Jaworski, declare as follows:

1.      I am of sound mind, over the age of 18, and have authority to make this Declaration on Defendant SMARTe, Inc.'s ("SMARTe") behalf.

2.      I am a member of the law firm Clark Hill LLP, admitted to California Bar, and I am an attorney of record for SMARTe in this matter.

3.      I submit this Declaration in support of Defendant's Motion to Dismiss. I have personal knowledge of and personally investigated the facts as set forth herein, and, if called upon as a witness, I could testify to them competently under oath.

4.      I investigated the phone number viewed by Plaintiff's counsel and associated with Plaintiff Benasutti's profile, as shown in the screenshot under Paragraph 18 of the Complaint (the "Number").

5. The Number contains a Pennsylvania area code, not a Colorado area code.

6. Following receipt of this litigation, I directed SMARTe to remove Plaintiff's information from the platform.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 15, 2025

By: */s/ Myriah V. Jaworski*

Myriah V. Jaworski

*Attorney for Defendant SMARTe, Inc.*

DECLARATION OF MYRIAH V. JAWORSKI